UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | No. C-11-03090 DMR |
| Plaintiff, | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| ITALOS PIZZERIA, et al., | |
| Defendants. | |

The court notes that default was entered as to all Defendants in this case on December 9, 2011. To date, Plaintiff has not moved for a default judgment or taken other action. The court ORDERS that Plaintiff submit a status report, including any recommended case management plan, no later than February 1, 2012.

Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: January 25, 2012

_____
DONNA M. RYU
United States Magistrate Judge