UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,

    Plaintiff,

v.

ITALOS PIZZERIA, et al.,

    Defendants.
_____/

No. C 11-03090 DMR

**ORDER TO SHOW CAUSE**

The motion of Defendant George Sarkissian, appearing *pro se*, to set aside entry of default is set for a hearing on April 26, 2012.  Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on April 4, 2012, but Plaintiff filed neither an opposition nor a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b).  <u>Plaintiff Marshall Loskot is ordered to show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or, alternatively, to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b).  Plaintiff must file his response to this order to show cause, or file his notice of nonopposition to Defendant's motion to set aside default, by no later than April 19, 2012.  This order to show cause does not constitute permission to file a late opposition.  If Plaintiff does not respond timely to this order to show cause, Defendant's motion may be granted.

    IT IS SO ORDERED.

Dated: April 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge