UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,　　　　　　　　　　　　No. C 11-03090 DMR

       Plaintiff,　　　　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

  v.

ITALOS PIZZERIA, et al.,

       Defendants.
_____/

    On April 26, 2012, the court held a hearing on Defendant's motion to set aside entry of default. Plaintiff did not make an appearance at the hearing. <u>Plaintiff Marshall Loskot is ordered to show cause for his failure to appear</u> at the hearing on Defendant's motion. Plaintiff must file his response to this order to show cause by no later than **May 8, 2012.** Plaintiff's failure to respond timely to this order to show cause may result in sanctions.

    IT IS SO ORDERED.

Dated: May 1, 2012

_____
DONNA M. RYU
United States Magistrate Judge