United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,   No. C-11-03090 DMR

      Plaintiff(s),   **ORDER TO SHOW CAUSE**

  v.

ITALOS PIZZERIA,

      Defendant(s).
_____/

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for June 12, 2013 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that by June 24, 2013, Defendant shall show cause in writing why it should not be sanctioned, including entry of default against Defendant, for its failure to appear at the case management conference on June 12, 2013.

IT IS SO ORDERED.

Dated: June 13, 2013

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge