UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,  
        Plaintiff,  
    v.  
ITALOS PIZZERIA, *et al.*,  
        Defendants.  
_____/

No. C-11-03090 DMR

**AMENDED ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for June 12, 2013 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was present. Defendants were not present.

IT IS HEREBY ORDERED that by June 24, 2013, Defendants shall show cause in writing why they should not be sanctioned, including entry of default against Defendants, for their failure to appear at the case management conference on June 12, 2013.

IT IS SO ORDERED.

Dated: June 14, 2013

_____  
DONNA M. RYU  
United States Magistrate Judge