**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   MARSHALL LOSKOT,                        No. C-11-03090 DMR
12               Plaintiff(s),               **ORDER DISCHARGING ORDER TO
                                             SHOW CAUSE**
13          v.
14   ITALOS PIZZERIA,
15               Defendant(s).
16   _____/
17          On June 14, 2013, the court issued an Amended Order to Show Cause regarding Defendants'
18   failure to appear at the June 12, 2013 case management conference in this matter. [Docket No. 42.]
19   The court has reviewed Defendants' response.  [Docket No. 44.] The Amended Order to Show
20   Cause is hereby discharged.
21
22          IT IS SO ORDERED.
23
24   Dated:  June 21, 2013
25                                           _____
                                             DONNA M. RYU
26                                           United States Magistrate Judge
27
28